UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CLEOPATRA IRONS,

                Plaintiff,

                                                                                         **JUDGMENT**
        - against -                                              15-CV-3633 (RRM) (ST)

GENELSA ELDE-CARLO and THE UNITED
STATES POSTAL SERVICE,

                Defendants.
------------------------------------------------------------------X

        A Memorandum and Order of the undersigned having been issued this day dismissing this action with prejudice for failure to prosecute, it is hereby

        ORDERED ADJUDGED AND DECREED that this action is dismissed with prejudice.


Dated: Brooklyn, New York                           *Roslynn R. Mauskopf*
           August 5, 2016                                _____
                                                            ROSLYNN R. MAUSKOPF
                                                            United States District Judge